NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ARLINGTON INDUSTRIES, INC.,**
*Plaintiff-Cross-Appellant*

**v.**

**BRIDGEPORT FITTINGS, INC.,**
*Defendant-Appellant*

———————————

2014-1633, 2014-1643, 2014-1670

———————————

Appeals from the United States District Court for the Middle District of Pennsylvania in No. 3:02-cv-00134-ARC, Senior Judge A. Richard Caputo.

———————————

**JUDGMENT**

———————————

KATHRYN CLUNE, Crowell & Moring, LLP, Washington, DC, argued for plaintiff-cross-appellant. Also represented by JACOB ZIEMOWIT ZAMBRZYCKI, San Francisco, CA; CARTER GLASGOW PHILLIPS, Sidley Austin LLP, Washington, DC; ERIC SHUMSKY, Orrick, Herrington & Sutcliffe LLP, Washington, DC.

ALAN MARSHALL ANDERSON, Alan Anderson Law Firm LLC, Minneapolis, MN, argued for defendant-appellant.

Also represented by AARON C. NYQUIST, MATTHEW ROBERT PALEN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 10, 2015          /s/ Daniel E. O'Toole
      Date                         Daniel E. O'Toole
                                       Clerk of Court